IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DITECH COMMUNICATIONS CORP. SECURITIES LITIGATION | No. C 05-02406 JSW |
| This Document Relates To:<br><br>ALL ACTIONS. | **ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE** |

IT IS ORDERED that the motions to appoint lead plaintiff and lead counsel filed by Kim Young and by the Casey Group in the above captioned matter currently noticed for hearings on October 28, 2005 and December 16, 2005, respectively, are HEREBY CONTINUED to December 23, 2005 at 9:00 a.m. The Court FURTHER ORDERS that any oppositions to these motions shall be due on September 2, 2005, and movants' replies, if any, shall be due on September 9, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 16, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE