MILBERG WEISS BERSHAD
  & SCHULMAN LLP
JEFF S. WESTERMAN (SBN 94559)
KAREN T. ROGERS (SBN 185465)
355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Proposed Lead Counsel

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DITECH COMMUNICATIONS CORP. SECURITIES LITIGATION. | Master File No. C-05-02406 JSW |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |
| ALL ACTIONS | |
| | DATE: September 30, 2005<br>TIME: 1:30 p.m.<br>CTRM: 2 - Honorable Jeffrey S. White |

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT
CONFERENCE -Master File No. C-05-02406 JSW
DOCS\312600v1

WHEREAS, the Court has scheduled a Case Management Conference on September 30, 2005 at 1:30 p.m., in the above matter; and

WHEREAS, a motion has been filed for appointment of a lead plaintiff, with such motion set to be heard on December 23, 2005 at 9:00 a.m.; and

WHEREAS, it is expected that a consolidated complaint will be filed subsequent to the appointment of a lead plaintiff; and

WHEREAS, the parties believe that a Case Management Conference would be most effective if held subsequent to the time a consolidated complaint is filed;

THEREFORE, it is hereby stipulated and agreed by the parties, subject to the Court's approval, that:

(1) The Case Management Conference shall be rescheduled to take place after the filing of a consolidated complaint; and

(2) The Case Management Statement shall be filed and served 7 days prior to the Case Management Conference.

DATED: September 26, 2005

MILBERG WEISS BERSHAD
 & SCHULMAN LLP
JEFF S. WESTERMAN
KAREN T. ROGERS

_____/s/ KAREN T. ROGERS_____
KAREN T. ROGERS

355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

STEVEN G. SCHULMAN
PETER E. SEIDMAN
SHARON M. LEE
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Proposed Lead Counsel

|   |   |   |
|---|---|---|
| 1 | | LAW OFFICES OF BRUCE G. MURPHY |
| 2 | | BRUCE G. MURPHY<br>265 Llwyds Lane |
| 3 | | Vero Beach, FL 32963<br>Telephone: (772) 231-4202 |
| 4 | | Counsel for Plaintiff, Richard Jaffe |
| 5 | DATED: September 26, 2005 | BERMAN DE VALERIO PEASE &<br>TABACCO, P.C. |
| 6 | | CHRISTOPHER T. HEFFELFINGER |

        /s/ CHRISTOPHER T. HEFFELFINGER
           CHRISTOPHER T. HEFFELFINGER

425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Counsel for Plaintiff, Young Kim

DATED: September 26, 2005    COOLEY GODWARD LLP
                                          WILLIAM S. FREEMAN
                                          RICHARD NORTH

        /s/ RICHARD NORTH
           RICHARD NORTH

Counsel for Defendant, Ditech Communications Corp.

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED:

DATED: September 27, 2005

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT
CONFERENCE - Master File No. C-05-02406 JSW
DOCS\312600v1

-3-