| | |
|---|---|
| 1 | COOLEY GODWARD LLP |
| | WILLIAM S. FREEMAN (82002) |
| 2 | RICHARD D. NORTH (225617) |
| | JEFFERY M. KABAN (235743) |
| 3 | Five Palo Alto Square |
| | 3000 El Camino Real |
| 4 | Palo Alto, CA  94306-2155 |
| | Telephone:    (650) 843-5000 |
| 5 | Facsimile:     (650) 849-7400 |
| | Email:          wfreeman@cooley.com |
| 6 |                     rnorth@cooley.com |
| |                      jkaban@cooley.com |
| 7 | |
| | Attorneys for Defendants |
| 8 | DITECH NETWORKS, INC., |
| | TIMOTHY K. MONTGOMERY and WILLIAM J. TAMBLYN |
| 9 | |
| | [Plaintiffs' Attorneys Appear on Signature Page] |
| 10 | |

11  UNITED STATES DISTRICT COURT

12  NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | In re DITECH COMMUNICATIONS CORP. SECURITIES LITIGATION. | Master File No.  C 05 02406 JSW |
| 15 | | <u>CLASS ACTION</u> |
| 16 | | **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| 17 | | |
| 18 | | |
| 19 | This Document Relates To: | Judge:          Hon. Jeffrey S. White |
| 20 | ALL ACTIONS | Trial Date:   Not yet set |
| 21 | | |

736743 v2/PA

**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER SETTING BRIEFING SCHEDULE**
**C 05 02406**

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

WHEREAS, on August 10, 2006, the Court granted the Defendants' Motion to Dismiss Amended Class Action Complaint, and granted Plaintiffs thirty days from the date of the Order to amend their complaint;

WHEREAS, on September 11, 2006, Plaintiffs filed a Second Amended Class Action Complaint ("Second Amended Complaint");

WHEREAS, the Court's August 10, 2006 Order set forth that Defendants would have 20 days after service to respond to the Second Amended Complaint, such date falling on October 2, 2006;

WHEREAS, October 2, 2006 is the Yom Kippur holiday;

WHEREAS, Defendants plan to file a motion to dismiss the Second Amended Complaint, and have determined with the Court that a hearing on the motion can be calendared on December 1, 2006 at 9:00 a.m.;

WHEREAS, the parties have met and conferred and agree that Defendants should not be required to file their motion to dismiss on the Yom Kippur holiday, but immediately thereafter;

WHEREAS, because Lead Counsel for Plaintiffs and, specifically, the attorney with primary responsibility for responding to Defendants' Motion to Dismiss, has a pre-planned business trip and vacation in the latter part of October, the parties agree to permit Plaintiffs additional time to file their Opposition papers;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE, and respectfully submit to the Court the following briefing schedule:

**1.** Defendants will have until October 3, 2006 to file their Motion to Dismiss Plaintiffs' Second Amended Complaint;

**2.** Plaintiffs will have until October 30, 2006 to file their opposition to the Motion to Dismiss;

**3.** Defendants will have until November 17, 2006 to file their reply brief;

**4.** Each party will serve its motions and supporting papers on the other parties by email and regular mail, except that voluminous exhibits can be served by overnight delivery;

**5.** The hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended

Complaint will be set for December 15, 2006 at 9:00 a.m.

Dated: September 19, 2006

COOLEY GODWARD LLP
WILLIAM S. FREEMAN (82002)
RICHARD D. NORTH (225617)
JEFFERY M. KABAN (235743)

/s/
Richard D. North (225617)

Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
DITECH NETWORKS, INC., TIMOTHY K. MONTGOMERY and WILLIAM J. TAMBLYN

Dated: September 19, 2006

MILBERG WEISS BERSHARD
& SCHULMAN LLP
JEFF S. WESTERMAN (94559)
KAREN T. ROGERS (185465)

/s/
Karen T. Rogers (185465)

Attorneys for Plaintiffs
RICHARD E. JAFFE, et al.

One California Plaza
300 S. Grand Ave., Suite 3900
Los Angeles, CA 90071-3149
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Pursuant to the stipulation and good cause appearing, **IT IS SO ORDERED.**

Dated: September 21, 2006

*(signature)*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

736743 v2/PA

2.

STIPULATION AND [PROPOSED]
ORDER SETTING BRIEFING SCHEDULE
C 05 02406