IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DITECH COMMUNICATIONS CORP. SECURITIES LITIGATION | No. C 05-02406 JSW |
| This Document Relates To:<br><br>ALL ACTIONS. | **ORDER VACATING HEARING DATE** |

The Defendants' motion to dismiss is currently set for hearing on Friday, December 15, 2006 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for December 15, 2006 is VACATED.

**IT IS SO ORDERED.**

Dated: December 13, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE