IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re DITECH COMMUNICATIONS CORP. SECURITIES LITIGATION

No. C 05-02406 JSW

This Document Relates To:

ALL ACTIONS.

**ORDER (1) DENYING STIPULATION AND (2) SETTING BRIEFING SCHEDULE**

On May 14, 2007, Defendants filed a motion to dismiss Plaintiffs' third amended class action complaint and noticed it to be heard on July 13, 2007. The parties filed a stipulation setting a briefing schedule for the motion to dismiss. The Court HEREBY DENIES the stipulation and sets the following briefing schedule: Plaintiffs' opposition shall be filed by no later than Wednesday, June 6, 2007, and Defendants' reply, if any, shall be filed by no later than Friday, June 15, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 16, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE