```
COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002)
JEFFREY M. KABAN (235743)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400
Email:      wfreeman@cooley.com
            jkaban@cooley.com

Attorneys for Defendants
DITECH NETWORKS, INC.,
TIMOTHY K. MONTGOMERY and WILLIAM J. TAMBLYN

[Plaintiffs' Attorneys Appear on Signature Page]
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DITECH COMMUNICATIONS CORP. SECURITIES LITIGATION. | Master File No. C 05 02406 JSW |
| | CLASS ACTION |
| | REVISED STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS THIRD AMENDED COMPLAINT |
| This Document Relates To: | Judge:       Hon. Jeffrey S. White |
| ALL ACTIONS | Trial Date:  Not yet set |

WHEREAS, on March 22, 2007, the Court granted the Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, and granted Plaintiffs thirty days from the date of the Order to amend their complaint and Defendants twenty days to file an answer or move to dismiss from the date of service of the third amended complaint;

WHEREAS, on April 23, 2007, Plaintiffs filed a Third Amended Class Action Complaint ("Third Amended Complaint");

//

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

753597 v1/PA

REVISED STIPULATION AND [PROPOSED]
ORDER SETTING BRIEFING SCHEDULE
C 05 02406

| | |
|---|---|
| 1 | WHEREAS, Defendants filed their Motion to Dismiss Plaintiffs' Third Amended Complaint ("Motion to Dismiss") on May 14, 2007; |
| 3 | WHEREAS, on May 15, 2007, the parties filed a stipulation setting a proposed briefing schedule for the Motion to Dismiss; |
| 5 | WHEREAS, on May 16, 2007, the Court denied the parties' stipulation and set a briefing schedule whereby Plaintiffs' opposition is due on June 6, 2007 and Defendants' reply is due on June 15, 2007; |
| 8 | WHEREAS, on May 16, 2007, the Court stated that the parties could submit a new stipulation for the Court's consideration, if they wished to modify the Court's briefing schedule, demonstrating good cause for any modification requested; |
| 11 | WHEREAS, William Freeman, counsel for Defendants, the primary contact with the Defendants and sole partner responsible for this matter will be out of the country from May 24, 2007, through June 13, 2007; |
| 14 | WHEREAS, if the briefing schedule remains as the Court has ordered it, Defendants' counsel would not have adequate time to review Plaintiffs' opposition and prepare Defendants' reply; |
| 17 | WHEREAS, Defendants believe that good cause merits a one week extension of the Court's briefing schedule to allow Defendants adequate time to prepare a reply and the parties have met and conferred and Plaintiffs have no objection to extending the schedule by one week; |
| 20 | NOW THEREFORE, THE PARTIES HEREBY STIPULATE and respectfully submit to the Court the following briefing schedule: |
| 22 | 1. Plaintiffs will have until June 13, 2007, to file their opposition to the Motion to Dismiss; |
| 24 | 2. Defendants will have until June 22, 2007, to file their reply brief; and |
| 25 | 3. Each party will serve its motions and supporting papers on the other parties by email and regular mail, except that voluminous exhibits can be served by overnight delivery. |
| 27 | // |
| 28 | // |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

753597 v1/PA

1.

REVISED STIPULATION AND [PROPOSED]
ORDER SETTING BRIEFING SCHEDULE
C 05 02406

| | | |
|---|---|---|
| 1 | Dated: May 22, 2007 | COOLEY GODWARD KRONISH LLP<br>WILLIAM S. FREEMAN (82002)<br>JEFFREY M. KABAN (235743) |
| | | /s/<br>_____<br>Jeffrey M. Kaban (235734) |
| | | Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400 |
| | | Attorneys for Defendants<br>DITECH NETWORKS, INC., TIMOTHY K. MONTGOMERY and WILLIAM J. TAMBLYN |
| | Dated: May 22, 2007 | MILBERG WEISS & BERSHARD LLP<br>JEFF S. WESTERMAN (94559)<br>KAREN T. ROGERS (185465) |
| | | /s/<br>_____<br>Karen T. Rogers (185465) |
| | | Lead Counsel for Plaintiffs |
| | | One California Plaza<br>300 S. Grand Ave., Suite 3900<br>Los Angeles, CA 90071-3149<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975 |
| | | *Filer's Attestation:* Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey M. Kaban hereby attests that concurrence in the filing of this document has been obtained. |

Pursuant to the stipulation and good cause appearing, **IT IS SO ORDERED.**

Dated: _____May 24_____, 2007

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE