United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re DITECH COMMUNICATIONS CORP.
SECURITIES LITIGATION

No. C 05-02406 JSW

This Document Relates To:

ALL ACTIONS.

**ORDER (1) GRANTING REQUEST TO FILE SUPPLEMENTAL BRIEFING AND (2) CONTINUING HEARING**

The Court HEREBY GRANTS Plaintiffs' request to file a supplemental brief by no later than July 9, 2007. Defendants shall file their response, if any, by no later than noon on July 12, 2007. The Court FURTHER ORDERS that hearing on Defendants' motion to dismiss currently scheduled for July 13, 2007 is CONTINUED to August 17, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 5, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE