```
COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002)
JEFFREY M. KABAN (235743)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400
Email:        wfreeman@cooley.com
              jkaban@cooley.com
```

Attorneys for Defendants
DITECH NETWORKS, INC.,
TIMOTHY K. MONTGOMERY and WILLIAM J. TAMBLYN

[Plaintiffs' Attorneys Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DITECH COMMUNICATIONS CORP. SECURITIES LITIGATION. | Master File No. C 05 02406 JSW<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** |
| This Document Relates To:<br><br>ALL ACTIONS | Hearing Date: August 17, 2007<br>Time:         9:00 a.m.<br>Courtroom:    2<br>Judge:        Hon. Jeffrey S. White<br>Trial Date:   Not yet set |

## STIPULATION

WHEREAS, the hearing on Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint ("Motion to Dismiss") was originally set for July 13, 2007;

WHEREAS, on July 5, 2007, Plaintiffs requested leave to file a supplementary brief based on recent authority;

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

757619 v1/PA

STIPULATION AND [PROPOSED]
ORDER CONTINUING HEARING DATE
C 05 02406

1  WHEREAS, on July 5, 2007, the Court granted Plaintiffs' request and continued, *sua sponte*, the hearing until August 17, 2007;

3  WHEREAS, William Freeman, counsel for Defendants, the primary contact with the Defendants and sole partner responsible for this matter, is unable to attend a hearing on August 17, 2007 due to depositions in another case in Washington D.C.;

6  WHEREAS, the parties have been discussing the re-scheduling of this hearing for several weeks, and have determined that all counsel would be available to attend a hearing on August 31, 2007 at 9:00 a.m.;

9  WHEREAS, Defendants believe that good cause merits continuing the hearing until August 31, 2007 at 9:00 a.m., and Plaintiffs have no objection to continuing the hearing to that date;

12  NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that subject to the approval and order of the Court, the hearing on Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint, currently scheduled for August 17, 2007 may be continued until August 31, 2007 at 9:00 a.m.

Dated: August 6, 2007

COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002)
JEFFREY M. KABAN (235743)

/s/
Jeffrey M. Kaban (235734)

Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
DITECH NETWORKS, INC., TIMOTHY K. MONTGOMERY and WILLIAM J. TAMBLYN

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

757619 v1/PA

1.

STIPULATION AND [PROPOSED]
ORDER CONTINUING HEARING DATE
C 05 02406

Dated: August 6, 2007

MILBERG WEISS & BERSHARD LLP
JEFF S. WESTERMAN (94559)
KAREN T. ROGERS (185465)
ELIZABETH P. LIN (174663)

/s/
―――――――――――――――――――――
Elizabeth P. Lin (174663)

Lead Counsel for Plaintiffs

One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071-3149
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey M. Kaban hereby attests that concurrence in the filing of this document has been obtained.*

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED** that the hearing on Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint be continued from August 17, 2007 to ~~August 31, 2007~~ September 7, 2007 at 9:00 a.m.

Dated: August 8, 2007

*[signature: Jeffrey S White]*
―――――――――――――――――――――
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

757619 v1/PA

2.

STIPULATION AND [PROPOSED]
ORDER CONTINUING HEARING DATE
C 05 02406