IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re DITECH COMMUNICATIONS CORP.
SECURITIES LITIGATION

No. C 05-02406 JSW

This Document Relates To:

ALL ACTIONS.

**JUDGMENT**

Pursuant to the Order granting Defendants' motion to dismiss entered today, this action is DISMISSED WITH PREJUDICE. Pursuant to Section 21D(c)(1) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(c)(1) and N.D. Civil Local Rule 58-1, the Court finds that during the course of the litigation, the parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

The Clerk is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 11, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE