UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 03 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD JAFFE, Individually And On Behalf Of All Others Similarly Situated; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>DITECH COMMUNICATIONS CORP.; et al.,<br><br>        Defendants - Appellees. | No. 07-17071<br><br>D.C. No. CV-05-02406-JSW<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

On April 1, 2009, the parties in *Jaffe v. Ditech Comm. Corp.*, Case No. 07-17071, filed a Stipulated Motion for Dismissal of Appeal. The motion is GRANTED. Therefore, pursuant to FED. R. APP. P. 42(b), it is hereby ordered that the appeal in the aforementioned case is dismissed.

The copy of this order served on the district court shall act as and for the mandate of this court. Each party shall bear his or its own fees and costs in this matter.

FOR THE COURT:

MOLLY C. DWYER
Clerk of Court

By: Jennifer Flowers
     Deputy Clerk